

# United States District Court
## DISTRICT OF CONNECTICUT

Chambers of
Mark R. Kravitz
United States District Judge

141 Church Street
New Haven, CT 06510
203-773-2022

June 26, 2006

Honorable Ortrie D. Smith
Chair
Judicial Conference Of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re: Calendar Year 2005 Filing

Dear Judge Smith:

I write in response to your letter of June 12, 2006 regarding my 2005 Financial Disclosure Form. I thank you for pointing out the requirements for partial and complete sales of securities in the second paragraph of your letter.

As to your comments in the third paragraph, I provide the following clarification in lieu of an amended report:

1.     Part VII, page 6, line 44, Column B(1) should display income code A.

2.     Part VII, page 8, line 80, Column B(1) should display income code A.

I trust that the foregoing responses adequately address your comments. If you require any further information, please do not hesitate to call upon me.

Sincerely yours,



Mark R. Kravitz

AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Kravitz, Mark R | 2. Court or Organization  District Court-Connecticut | 3. Date of Report  04/18/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge–Active | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial ☒ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address  141 Church Street  NewHaven, CT 06510 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust # 1 (trust for ▮▮▮▮ member) |
| 2. Trustee | Trust # 2 (trust for ▮▮▮▮ member) |
| 3. Custodian | Child # 1 |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2005 | Wiggin & Dana. Payment for partnership interest and partnership real property. Amount $313,465, payable in installments of varying amounts through 2006. |
| 2. | |
| 3. | |

RECEIVED FINANCIAL DISCLOSURE 2006 MAY -1 A 11: 21

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | Wiggin & Dana, post-June 2003 payments for partnership interest and interest in partnership real property | $ 73887.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kravitz, Mark R | 04/18/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  ·NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Kravitz, Mark R | 04/18/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bell South Common Stock | A | Dividend | J | T | sold | 06/13 | J | A | |
| 2. Cisco Sys Common Stock | A | Dividend | J | T | sold | 06/13 | J | A | |
| 3. NASDAQ 100 Trust (QQQ) | A | Dividend | J | T | | | | | |
| 4. Third Avenue Value Fund | A | Dividend | M | T | bought | 08/15 | K | | |
| 5. Third Avenue Real Estate Value | A | Dividend | L | T | bought | 08/15 | K | | |
| 6. Fidelity Cash Reserves | D | Dividend | P1 | T | | | | | |
| 7. Fidelity Cash Management Account | D | Dividend | L | T | | | | | |
| 8. Waterbury Ct Spec. CApital Bond Due 04/01/05 | A | Interest | | | redeemed | 04/01 | J | A | |
| 9. Conn. Bond Due 4/15/05 | A | Interest | | | redeemed | 04/15 | J | A | |
| 10. Conn. Tax Oblig. Bond Due 10/01/05 | A | Interest | | | redeemed | 10/01 | L | A | |
| 11. Conn. Bond Due 06/15/10 | A | Interest | K | T | | | | | |
| 12. Guilford Savings Bank | A | Interest | J | T | | | | | |
| 13. Conn. St. Gen. Revolving Rev Bonds | G | Interest | P1 | T | bought | 02/28 | P1 | | |
| 14. PQ Corp. Common Stock | E | Dividend | | | sold | 02/09 | P2 | H2 | Niagara Acquisition Inc. |
| 15. Awbury Partners (see note) | F | Distribution | P2 | T | bought | 02/10 | P2 | | |
| 16. IRA # 1 (Roll-Over IRA created 7/1/03) | | | | | | | | | |
| 17. --Fidelity Cash Reserves | B | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$1 5,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250.001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kravitz, Mark R | 04/18/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. —Fidelity Diversified Int'l Fund | A | Dividend | L | T | | | | | |
| 19. —Spartan 500 Index | A | Dividend | M | T | bought | 01/12 | K | | |
| 20. —Fidelity Contrafund | A | Dividend | K | T | | | | | |
| 21. —Fidelity Puritan Fund | A | Dividend | K | T | | | | | |
| 22. —Fidelity Value Fund | A | Dividend | K | T | | | | | |
| 23. —American Capital Strategies | A | Dividend | M | T | | | | | |
| 24. —Third Avenue Value Fund | A | Dividend | M | T | bought | 02/22 | L | | |
| 25. —Alpine Dynamic Dividend Fund | A | Dividend | L | T | bought | 01/11 | L | | |
| 26. IRA # 2 | | | | | | | | | |
| 27. —Janus Olympus Fund | A | Distribution | J | T | | | | | |
| 28. Custodian Account # 1 | | | | | | | | | |
| 29. —Fidelity Cash Management Account | A | Interest | J | T | | | | | |
| 30. —Spartan 500 Index | A | Dividend | J | T | | | | | |
| 31. —Third Avenue Value Fund | A | Distribution | L | T | bought | 07/15 | K | | |
| 32. —American Capital Strategies | A | Dividend | J | T | bought | 08/15 | J | | |
| 33. —Fidelity Contrafund Fund | A | Dividend | K | T | bought | 10/11 | K | | |
| 34. —Conn St. General Revolving Rev Bonds | C | Interest | M | T | bought | 02/28 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 -$50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kravitz, Mark R | 04/18/2006 |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --PQ Corp. Stock | D | Dividend | | | sold | 02/09 | N | | Niagara Acquisition Inc |
| 36. --Awbury Partners(see note) | D | Distribution | N | T | bought | 02/10 | N | | |
| 37. Trust # 1 | | | | | | | | | |
| 38. --Janus Twenty | A | Distribution | | | sold | 06/13 | K | C | |
| 39. --Janus Olympus Fund | A | Distribution | | | sold | 06/13 | K | C | |
| 40. --Fidelity Cash Management Account | C | Dividend | K | T | | | | | |
| 41. --Trust Held PQ Common Stock | C | Dividend | | | sold | 02/09 | M | G | Niagara Acquisition Inc |
| 42. --Conn St General Revolving Rev Bons | C | Interest | M | T | bought | 02/28 | M | | |
| 43. Trust # 2 | | | | | | | | | |
| 44. --Janus Twenty Fund | | Distribution | | | sold | 06/13 | K | C | |
| 45. --Fidelity Cash Management Account | A | Dividend | K | T | | | | | |
| 46. Trust Held PQ Corp. Common Stock | C | Dividend | | | sold | 02/09 | M | G | Niagara Acquisition Inc. |
| 47. --Conn. St General Revolving Rev Bonds | C | Dividend | M | T | bought | 02/28 | M | | |
| 48. Trust # 3 | | | | | | | | | |
| 49. --Trust Held PQ Corp. Common Stock | D | Dividend | | | sold | 02/09 | P1 | G | Niagara Acquisition Inc. |
| 50. --Awbury Partners (see notes) | E | Distribution | P1 | T | bought | 02/10 | P1 | | |
| 51. --Conn St General Revolving Rev Bonds | B | Interest | K | T | bought | 02/28 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | S =Assessment | | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kravitz, Mark R | 04/18/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --General Electric Common Stock | A | Dividend | K | T | sold | 08/05 | J | A | |
| 53. --MBNA Common Stock | A | Dividend | J | T | sold | 07/01 | J | C | |
| 54. --Sprint Nextel Common Stock | A | Dividend | J | T | sold | 10/26 | J | A | |
| 55. --Oracle Common Stock | A | Dividend | J | T | | | | | |
| 56. --Janus Worldwide Mutual Fund | A | Distribution | | | sold | 06/12 | J | A | |
| 57. --Fidelity Cash Reserves | A | Interest | K | T | | | | | |
| 58. --Fidelity Cash Management Account | B | Interest | M | T | | | | | |
| 59. --Fidelity New Markets Income Fund | A | Distribution | J | T | bought | 08/02 | J | | |
| 60. --Fidelity Small Cap Stock Fund | A | Distribution | K | T | | | | | |
| 61. --Fidelity Mid Cap Stock Fund | A | Distribution | J | T | | | | | |
| 62. --Fidelity Short Term Bond Fund | A | Distribution | J | T | bought | 10/25 | J | | |
| 63. --Fidelity Fifty Fund | A | Distribution | K | T | bought | 10/25 | J | | |
| 64. --Alpine US Real Estate Equity Fund | A | Distribution | J | T | bought | 10/25 | J | | |
| 65. --Marsico Growth Fund | A | Distribution | J | T | bought | 12/12 | J | | |
| 66. --Sound Shore Fund | A | Distribution | J | T | bought | 10/24 | J | | |
| 67. --Third Avenue Value Fund | A | Distribution | K | T | bought | 10/24 | J | | |
| 68. --Vanguard Inter-Term Bond Index Fund | A | Distribution | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Kravitz, Mark R | 04/18/2006 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing Instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Trust # 4 | | | | | | | | | |
| 70. --Trust Held PQ Corp Common Stock | D | Distribution | | | sold | 02/09 | O | G | Niagara Acquisition Inc. |
| 71. --Awbury Partners(see notes) | D | Distribution | O | T | bought | 02/10 | O | | |
| 72. --Conn. St General Revolving Rev Bonds | B | Interest | M | T | bought | 02/28 | M | | |
| 73. --Janus Twenty Fund | A | Distribution | | | sold | 06/13 | J | B | |
| 74. --Fidelity Cash Management Account | B | Interest | M | T | | | | | |
| 75. --Third Avenue Value Fund | A | Distribution | L | T | bought | 06/13 | K | | |
| 76. Trust # 5 | | | | | | | | | |
| 77. --Trust Held PQ Corp Common Stock | D | Dividend | | | sold | 02/09 | P1 | G | Niagara Acquisition Inc. |
| 78. --Awbury Partners (see notes) | D | Distribution | P1 | T | bought | 02/10 | P1 | | |
| 79. --Conn. St General Revolving Rev Bonds | B | Interest | M | T | bought | 02/28 | M | | |
| 80. --Bell South Common Stock | | Dividend | | | sold | 12/26 | J | A | |
| 81. --MBNA Common Sotck | A | Dividend | | | sold | 07/07 | J | B | |
| 82. --Sprint Nextel Common Stock | A | Distribution | | | sold | 12/08 | J | B | |
| 83. --Oracle Common Stock | A | Dividend | J | T | | | | | |
| 84. --Spartan 500 Index | A | Distribution | J | T | | | | | |
| 85. --Fidelity Cash Reserves | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 -$50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kravitz, Mark R | 04/18/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Janus Worldwide Mutual Fund | A | Distribution | | | sold | 06/13 | J | B | |
| 87. --Third Avenue Value Fund | A | Distribution | L | T | bought | 08/31 | J | | |
| 88. --Fidelity Cash Management Account | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kravitz, Mark R | 04/18/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Awbury Partners, L.P. is a large diversified investment partnership that is managed by one, overall fund manager and five investment advisors. Awbury Partners is, in effect, a privately held mutual fund. Neither the reporting person, ██████████ or any trust in which █ is a trustee controls or determines either (1) who the fund manager or investment advisors are or (2) what investments Awbury Partners purchases or sells or when it does so. Thus, neither the reporting person, ██████████ or trusts in which he is a trustee has any control regarding the investments of Awbury Partners. The value of Awbury Partners' investments is determined quarterly on the basis of the value of the partnerships underlying investments.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date ___ April 24, 2006

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544